TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

**CASE NAME** : **Azure Development Inc.**   **CASE NUMBER** : **23-00462**

**CHAPTER** : **11**

**JUDGE** : **ESL**

**DATE OF MEETING:** **March 24, 2023**   **TIME OF MEETING:** **9:00 a.m.**

**TRACK NUMBER** : **01**

**METER READING**
- START : **0:00** (hr:min)
- END : **0:34** (hr:min)

1) **DEBTOR:**
   ( X ) PRESENT
   (   ) NOT PRESENT
   (   ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   ( X ) PRESENT   Atty. Charles Cuprill
   (   ) NOT PRESENT

3) **CREDITORS:**
   ( X ) PRESENT (See attachment)
   (   ) NOT PRESENT

4) **TRUSTEE:**
   (   ) HAS BEEN APPOINTED
        NAME OF TRUSTEE:
   ( X ) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   (   ) HAS BEEN APPOINTED
   ( X ) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   ( X ) HAVE BEEN FILED
   (   ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   ( X ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   (   ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED (N/A)

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   ( X ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    ( X ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    ( X ) HAVE BEEN FILED
    (   ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (   ) HAVE BEEN FILED
    (   ) HAVE NOT BEEN FILED (N/A)

13) **RENT ROLL:**
    (   ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED (N/A)

14) **PROOF OF INSURANCE:**
    (   ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED (N/A)

15) **MEETING:**
    ( X ) CLOSED
    (   ) CONTINUED TO:
    DATE:
    TIME :

- 2 -

16) **COMMENTS:**

I. 

**(Filed Electronically)**

*s/ José Carlos Díaz-Vega*
OFFICE OF THE UNITED STATES TRUSTEE    **Date: March 24, 2023**
Trial Attorney
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|--------------------------------|---------|-----------|---------|
| Paula De Felice – Triangle Cayman | | | | |