# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 23-00462 (ESL) |
| AZURE DEVELOPMENT, INC. | Chapter 11 |
| Debtor. | |

## SUPPLEMENT TO MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

TO THE HONORABLE ENRIQUE S. LAMOUTTE INCLÁN
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** secured creditor Triangle Cayman Asset Company ("Triangle"), by its undersigned counsel, and respectfully submits this Supplement (the "Supplement") to its *Motion to Dismiss Chapter 11 Bankruptcy Case or, In the Alternative, For Conversion to Chapter 7* (the "Motion") (Docket No. 29), for the following reasons:

1. On April 7, 2023, Triangle filed the Motion, asserting, based on the information submitted under penalty of perjury by the Debtor, that this case should be dismissed pursuant to Section 1112(b)(4)(A) of the Bankruptcy Code as a result of the Debtor's substantial and continuing losses and the absence of any likelihood of rehabilitation. See, Docket No. 29.

2. On April 8, 2023, Debtor filed, belatedly, its first Monthly Operating Report ("MOR") for the period of February 2023.

3. As asserted in the Motion, the MOR shows that during such post-petition period the Debtor did not generate any income or revenues.

**WHEREFORE**, Triangle hereby respectfully requests that the Court takes notice of the foregoing and that it considers this Supplement together with the Motion for any and all purposes.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on April 13, 2023.

1

**WE HEREBY CERTIFY** that on this same date, we filed this document using the CM/ECF filing system, which will send a copy to all counsel of record.

M|P|M **MARINI PIETRANTONI MUÑIZ LLC**
*Attorneys for Triangle Cayman Asset Company*
250 Ponce de Leon Ave. Suite 900
San Juan, PR, 00918
Tel.: (787) 406-8555

*s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
E-mail: lmarini@mpmlawpr.com

*s/ Ignacio J. Labarca-Morales*
Ignacio J. Labarca-Morales
USDC No. 303307
E-mail: ilabarca@mpmlawpr.com

*s/ Paula T. De Felice Alejandro*
Paula T. De Felice Alejandro
USDC No. 307607
E-mail: pdefelice@mpmlawpr.com