EXHIBIT C

# AZURE DEVELOPMENT, INC.
# SUMMARY OF CLAIMS AND PLAN PAYMENTS
# AMENDED AS OF 4/19/2023
# CASE NO. 23-00462 (ESL)

| | PROOF OF CLAIM AMOUNTS | CLASSES | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | AMOUNT PAID DURING REORG. | PAYMENTS ON/OR BEFORE EFFECTIVE DATE | DEFERRED AMOUNT | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| SECURED CLAIMS | $ 2,004,592 | 1, 2 | $ 2,251,514 | $ - | $ 2,251,514 | $ - | $ - | $ 2,251,514 | $ 18,717 |
| PRIORITY TAX CLAIMS | - | N/A | 14,612 | - | 14,612 | - | - | 14,612 | 337 |
| ADM. EXPENSE CLAIMS | - | N/A | - | 26,000 | 26,000 | - | 26,000 | - | - |
| UNSECURED CLAIMS | - | 3, 4 | 1,502,464 | - | 1,502,464 | - | - | 1,427,341 | 222 |
| TOTAL | $ 2,004,592.48 | | $ 3,768,590.25 | $ 26,000.00 | $ 3,794,590.25 | $ - | $ 26,000.00 | $ 3,693,467.04 | $ 19,275.02 |

## AZURE DEVELOPMENT, INC.
## ADMINISTRATIVE EXPENSE CLAIMS
### Revised as of 4/19/2023

| CREDITOR | SCHEDULED CLAIMS | ADJUSTMENTS AND TRANSFERS | AMOUNT EXPECTED TO BE ALLOWED | PAYMENTS DURING THE REORGANIZATION PERIOD | PAYMENTS ON OR BEFORE EFFECTIVE DATE |
|---|---|---|---|---|---|
| CHARLES CUPRILL, ESQ. | $ - | $ 30,000.00 | $ 30,000.00 | $ 16,000.00 | $ 14,000.00 |
| CPA LUIS R CARRASQUILLO & CO. PSC | - | 20,000.00 | 20,000.00 | 10,000.00 | 10,000.00 |
| US TRUSTEE QUARTERLY FEES | - | 1,300.00 | 1,300.00 | - | 1,300.00 |
| | $ - | $ 51,300.00 | $ 51,300.00 | $ 26,000.00 | $ 25,300.00 |

## AZURE DEVELOPMENT, INC.
## CASE NO. 23-00462
## PRIORITY TAX CLAIMS - PAYMENT PLANS
### Revised as of 4/19/2023

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | DEFERRED BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|---|
| CRIM | $ - | N/A | Allowed | $ 14,611.79 | $ - | $ 14,611.79 | $ 14,611.79 | $ 336.50 |
|  | - |  |  | - | - | - | - | - |
| TOTAL | $ - |  |  | $ 14,611.79 | $ - | $ 14,611.79 | $ 14,611.79 | $ 336.50 |

# AZURE DEVELOPMENT, INC.
## CASE NO. 23-00462
### SECURED CLAIMS - PAYMENT PLANS
Revised as of 4/19/2023

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| ENCARNITA QUINLAN | $ - | N/A | Allowed | $ 537,680.00 | - | $ 537,680.00 | $ 4,497.37 |
| TRIANGLE CAYMAN ASSET, CORP. | 2,004,592.48 | POC - 1 | Objected | 1,713,834.27 | - | 1,713,834.27 | 14,219.48 |
| TOTAL | $ 2,004,592.48 | | | $ 2,251,514.27 | $ - | $ 2,251,514.27 | $ 18,716.85 |

## AZURE DEVELOPMENT, INC.
## CASE NO. 23-00462
## UNSECURED CLAIMS - PAYMENT PLANS
### Revised as of 4/19/2023

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | 95% DIVIDENDS | PAYMENTS AT THE EFFECTIVE DATE | DEFERRED BALANCE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| COST CONTROL COMPANY, INC. | Insider | N/A | Allowed | $ 575,516.00 | $ - | $ 575,516.00 | $ 546,740.20 | $ - | $ 546,740.20 | $ - |
| FIDEICOMISO VALDES ACEVEDO | Insider | N/A | Allowed | 373,324.19 | - | 373,324.19 | 354,657.98 | - | 354,657.98 | - |
| ENZO MANAGEMENT GROUP, INC. | Insider | N/A | Allowed | 83,842.00 | - | 83,842.00 | 79,649.90 | - | 79,649.90 | - |
| MARANELLO, INC. | Insider | N/A | Allowed | 378,782.00 | - | 378,782.00 | 359,842.90 | - | 359,842.90 | - |
| PALMAS DORADAS CORPORATION | Insider | N/A | Allowed | 3,500.00 | - | 3,500.00 | 3,325.00 | - | 3,325.00 | - |
| DORIS MALDONADO VALLEJO | No Insider | N/A | Allowed | 14,000.00 | - | 14,000.00 | 13,300.00 | - | 13,300.00 | 221.67 |
| PONTEZUELA DEVELOPMENT, INC. | No Insider | N/A | Allowed | 73,500.00 | - | 73,500.00 | 69,825.00 | - | 69,825.00 | - |
| | | | | $ 1,502,464.19 | $ - | $ 1,502,464.19 | $ 1,427,340.98 | $ - | $ 1,427,340.98 | $ 221.67 |