5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

**Hearing Information**

| | | | |
|---|---|---|---|
| Debtor(s): | AZURE DEVELOPMENT INC | Case Number: | 23-00462-ESL11 |
| | | Chapter: | 11 |
| Date / Time / Room: | 05/16/2023 at 9:30 AM | Courtroom: | Microsoft Teams Video & Audio Conferencing and/or |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BOUJOUEN | | |
| Reporter/ECR: | JOSE ROMO | | |

### Minute Entry Status Conference Chapter 11

**Matter:** Status Conference 11 — #51: Status Report. Related AP: 23-0026

**Appearances:**
- ☐ Debtor — Charles A. Cuprill, Esq.
- ☒ Debtor's Attorney
- ☐ US Trustee
- ☒ Movant/Creditors/Others: Luis Marini, Esq. Triangle Cayman / Paulo De Felice, Triangle

**Proceedings:**

Small Business: No. Nature of Business: Single asset real estate / Development of real estate.

Reasons filing bankruptcy: ___ Cash flow problem ___ Stop an eviction process _X_ Stop an execution of a Judgment
Other: ___

Time table to file Disclosure Statement and the Plan: ___

Estimated professional fees: $ 60,000.00

Anticipated significant event: Payment of debt to Triangle

Need for future status conference: Yes ___ No _X_ Rescheduled for: ___

New 341 meeting scheduled for: Held and closed.

Other: Court states that litigious history between secured creditor and debtor appears in the three contested matters pending before the court; Triangle motion to dismiss, debtor's objection to Triangle's POC, and approval of the disclosure statement, as well as the complaint in AP 23-0026 and Triangle's motion to dismiss. Court states that this is a two-party dispute which centers on three factors: value of collateral, amount owed to Triangle, and how soon will the repayment be accomplished. Debtor agrees that this is a two-party dispute that centers on sale of the property

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge