# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 23-00462 (ESL) |
| AZURE DEVELOPMENT, INC. | Chapter 11 |
| Debtor. | |

## JOINT MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE ENRIQUE S. LAMOUTTE INCLÁN
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** Azure Development, Inc. ("Debtor") and secured creditor Triangle Cayman Asset Company ("Triangle" and together with Debtor, the "Parties"), through their respective counsel, and respectfully submits this *Joint Motion For Continuance Of Hearing On Motion For Relief From Automatic Stay* (the "Joint Motion"). In support of the Joint Motion, the Parties respectfully states and prays as follows:

### BACKGROUND

*1.* On May 16, 2023, Triangle filed a *Motion For Relief From Automatic Stay Pursuant To 11 U.S.C. §362(d)(3) Or In The Alternative, For Modification Of Automatic Stay* (the "Lift Stay Motion"), for which a hearing is currently scheduled for June 13, 2023 (the "Hearing"). See, Docket No. 60.

2. Debtor filed a response to the Lift Stay Motion on May 31, 2023. See, Docket No. 81.

3. On May 31, 2023, a hearing on Triangle's motion for the case to be dismissed pursuant to 11 U.S.C. §1112(b)(4)(A) (the "Dismissal Motion") was held, and the Court took the Dismissal Motion under advisement. See, Docket Nos. 29, 46.

1

4. The Parties have agreed to request a continuance of the Hearing, to be held at the earliest next available date for the Court, given that the adjudication of the Dismissal Motion remains pending.

5. The Parties certify that the instant request is made in good faith with the intent of saving judicial resources and time.

**WHEREFORE**, the Parties request that the Court grant this Joint Motion and enter an order rescheduling the Hearing to its earliest next available date.

**RESPECTFULLY SUBMITTED.**

San Juan, Puerto Rico, on this 9th day of June 2023.

**WE HEREBY CERTIFY** that on this same date, we filed this document using the CM/ECF filing system, which will send a copy to all counsel of record.

| | |
|---|---|
| **CHARLES A. CUPRILL LAW OFFICE, P.S.C.** | M\|P\|M **MARINI PIETRANTONI MUÑIZ LLC** |
| *Attorneys for Debtor* | *Attorneys for Triangle Cayman Asset Company* |
| 356 Calle Fortaleza | 250 Ponce de León Ave. Suite 900 |
| Second Floor | San Juan, PR 00918 |
| San Juan, P.R. 00901 | Tel.: (787) 705-2171 |
| Tel: (787) 977-0515 | |
| | *S/ Luis C. Marini-Biaggi* |
| */s/ Charles A. Cuprill-Hernández* | Luis C. Marini-Biaggi |
| Charles A. Cuprill-Hernández | USDC No. 222301 |
| USDC No. 114312 | E-mail: lmarini@mpmlawpr.com |
| E-mail: ccuprill@cuprill.com | |
| | *S/ Ignacio J. Labarca-Morales* |
| | Ignacio J. Labarca-Morales |
| | USDC No. 303307 |
| | E-mail: ilabarca@mpmlawpr.com |
| | |
| | *S/ Paula T. De Felice Alejandro* |
| | Paula T. De Felice Alejandro |
| | USDC No. 307607 |
| | E-mail: pdefelice@mpmlawpr.com |