IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-00462-ESL11 |
| AZURE DEVELOPMENT INC | Chapter 11 |
| Debtor(s) | FILED & ENTERED ON JUN/12/2023 |

ORDER

The joint motion filed between Debtor and Triangle Cayman Asset Company requesting continuance of hearing on motion for relief from automatic stay (Docket Entry #95) is hereby granted. The hearing on the motion for relief from the automatic stay is continued without a date pending a decision on the motion to dismiss filed by Triangle Cayman Asset Company.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of June, 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge