**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**AZURE DEVELOPMENT INC**<br>**66–0612309**<br><br>Debtor(s) | Case No. **23–00462 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 6/29/23 |

*ORDER*

The motion filed by Debtor requesting leave to file a reply to creditor's opposition to strike document (docket #106) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, June 29, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge