## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 23-00462 (ESL) |
| AZURE DEVELOPMENT, INC. | Chapter 11 |
| Debtor. | |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT PURSUANT TO FED. R. BANKR. 9019

**WHEREAS,** Triangle Cayman Asset Company ("Triangle"), and Azure Development Inc.("Debtor") and jointly with Triangle, the "Parties") filed a *Joint Motion for the Approval of Settlement and Release Agreement* (the "Settlement Agreement") pursuant to Fed. R. Bankr. P. 9019 (the "9019 Motion").

**WHEREAS**, as part of the 9019 Motion, the Parties requested an order approving the Settlement Agreement and the entry of this order (the "9019 Order"), respectively attached to the 9019 Motion as Exhibit 1 thereto.

**IT IS FOUND AND DETERMINED THAT[1]:**

1. The Court has jurisdiction to consider the 9019 Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

2. The relief requested in the 9019 Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Due and proper notice of the 9019 Motion was adequate and appropriate under the circumstances to all interested persons and entities, including the Office of the United States Trustee.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See, Fed. R. Bankr. P. 7052

4.      This Court finds and determines that the relief sought in the 9019 Motion is in the best interests of Debtor's estate, its creditors, and other parties in interest, and that the legal and factual bases set forth in the 9019 Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and any objections to the relief requested in the 9019 Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

5.      The recitals, determinations, conclusions, and findings set forth above are incorporated into this Order.

6.      The 9019 Motion is GRANTED on the terms set forth herein.

7.      The Settlement Agreement, in the form attached to the 9019 Motion as <u>Exhibit 1</u>, is APPROVED in its entirety. The lack of a specific description or inclusion in this Order of any particular provision of the Settlement Agreement shall in no way diminish or impair the effectiveness of any such provision.

8.      This Order and the Settlement Agreement constitute and evidence the valid and binding covenants between the Parties thereto.

9.      No party served with notice of and/or with the 9019 Motion shall, in any way interfere with the transactions contemplated in the Settlement Agreement.

10.      The terms and conditions of this Order shall be immediately enforceable, and the Parties thereto are authorized to take all actions, and to execute all documents, necessary or appropriate to effectuate the relief granted herein.

**IN LIGHT OF THE APPROVAL OF THE SETTLEMENT AGREEMENT, IT IS FURTHER ORDERED,**

11.      That the Parties shall be bound by the terms and conditions of the Settlement

Agreement.

12.     That, within seven (7) business days after the entry of this Order, the Parties shall file a joint motion to dismiss Debtor's Chapter 11 case, with a proposed order in connection therewith, providing for the dismissal of the captioned case, pursuant to the terms and conditions set forth in the Settlement Agreement and;

13.     The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order or the Settlement Agreement.

IT IS SO ORDERED,

In San Juan, Puerto Rico, this ___ day of December, 2023.

_____
HON. ENRIQUE S. LAMOUTTE
UNITED STATES BANKRUPTCY JUDGE