# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

AZURE DEVELOPMENT, INC.

Debtors.

Case No. 23-00462-ESL
Chapter 11

## MOTION BY UNSECURED CREDITOR ENCARNITA VALDES QUINLAN CONSENTING TO ENTRY OF ORDER APPROVING SETTLEMENT GREEMENT

**TO THE HONORABLE ENRIQUE S. LAMOUTTE:**

**COMES NOW** María de la Encarnación Valdés Quinlan (hereinafter "Mrs. Valdés Quinlan"), in her capacity as secured creditor, and respectfully avers and prays:

1. On January 1, 2023 Mrs. Valdés Quinlan filed a Motion requesting a seven-day extension to comment on or object to the Settlement Agreement entered into between Debtor and secured creditor Triangle Cayman Asset Company ("Triangle"), given that after a thorough search no notice of the original motion submitting the Settlement Agreement had been found and the undersigned had not been able to duly inform Mrs. Valdés Quinlan or her advisors with respect thereof (Docket 159).

2. That Motion stated that if the undersigned receives from or on behalf of Mrs. Quinlan instructions, after being duly apprised, to the effect that she has no opposition or comment with respect to the Motion for Approval (Docket 158) before the requested seven-day period, the undersigned would immediately file an informative motion to that effect with this Court.

3. The undersigned has now been able to fully apprise the client with respect to the Settlement Agreement, and Mrs. Valdes Quinlan has no comment or objection thereto. The Motion for a seven-day extension (Docket 159) has thus become moot, and

Mrs. Valdes Quinlan has no objection to Triangle's Motion for Approval of the Settlement (Docket 158) being granted forthwith.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court take notice of the above and proceed to approve the pending Settlement Agreement between Triangle and Debtor.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 3rd day of January 2024.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing notice/motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
Counsel for Encarnita
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel: 787.756.9000
Fax: 787.756.9010
Email: pjime@lawfirm-pr.com
pjimenez@amgprlaw.com

By: _s/Pedro A. Jiménez_
Pedro A. Jiménez
USDC No. 121912
