UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

AZURE DEVELOPMENT, INC.

DEBTOR

CASE NO. 23-00462-ESL

CHAPTER 11

NOTICE AND CERTIFICATE OF MAILING

TO:   CREDITORS AND PARTIES IN INTEREST:

As required by Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure, you are hereby notified that on January 8, 2024, Charles A. Cuprill Hernández, P.S.C. Law Offices ("Applicant") filed its third application for compensation (the "Application") in the above captioned case, covering the period of September 1, 2023 to January 4, 2024, in the amount of $14,560.00 in fees, plus expenses incurred for $190.00, for a total due Applicant of $14,750.00.  The original of the Application and exhibits thereto are on file with the Clerk of the Court, where they can be examined.

Within twenty (21) days after service of this Notice and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if served by mail, any creditor or party in interest served, or any other party who objects to the Application, shall serve and file an objection thereto with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico and on the undersigned counsel. If no objection or other response is filed within the time allowed herein, the Application will be deemed unopposed. If you file a timely objection to the Application, the same will be scheduled to be heard before the Honorable Edward S. Lamoutte at the United States Bankruptcy Court, at José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Street, San Juan, P.R. 00901.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF and by regular mail postage to all

other of Debtors' creditors not notified by the CM/ECF system.

San Juan, Puerto Rico, this 8th day of January 2024.

*s/ CHARLES A. CUPRILL- HERNÁNDEZ*
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza St., Second Floor
San Juan, P.R. 00901
Tel. (787) 977-0515/ Fax. (787) 977-0518
E-Mail: ccuprill@cuprill.com
