United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-00462-ESL |
| AZURE DEVELOPMENT INC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf001 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AZURE DEVELOPMENT INC, PO BOX 191937, SAN JUAN, PR 00919-1937 |
| aty | + | Charles A. Cuprill, 356 Calle Fortaleza, 2nd Floor, San Juan, PR 00901, PR 00901-1717 |
| fa | | Luis R. CPA Luis R. Carrasquillo, CPA Luis R. Carrasquillo, CALLE 28 TI-26 TURABO GARDENS, 200 Ave., CAGUAS, PR 00725, UNITED STATES |
| cr | + | TRIANGLE CAYMAN ASSET COMPANY, MARINI PIETRANTONI MUNIZ LLC, 250 PONCE DE LEON AVE., SUITE 900, SAN JUAN, PR 00918-2031 |
| 5064910 | + | Cost Control Company, P.O. Box 192095, San Juan, PR 00919-2095 |
| 5064913 | + | Doris Maldonado Vallejo, P.O. Box 9445, San Juan, PR 00908-0445 |
| 5064914 | +++ | Encarnita V. Quinlan, Lender's Administrative Agent, 1115 Fifth Ave., New York, NY 10128-0100 |
| 5064915 | + | Enzo Management Group, Inc., P.O. Box 191937, San Juan, PR 00919-1937 |
| 5064916 | + | Fideicomiso Valdes Acevedo, P.O. Box 191937, San Juan, PR 00919-1937 |
| 5064917 | + | Fideicomizo Valdes Acevedo, P.O. Box 191937, San Juan, PR 00919-1937 |
| 5064918 | + | Maranello, Inc., P.O. Box 191937, San Juan, PR 00919-1937 |
| 5064919 | + | Palmas Doradas Corporarion, P.O. Box 191937, San Juan, PR 00919-1937 |
| 5064920 | + | Pontezuela Development, Inc., P.O. Box 191937, San Juan, PR 00919-1937 |
| 5066897 | + | TRIANGLE CAYMAN ASSET COMPANY, C/O, MARINI PIETRANTONI MUNIZ, LLC, 250 PONCE DE LEON, AVE., SAN JUAN, PR 00918-2031 |
| 5064921 | + | Triangle Cayman Asset, Corp., c/o Marini Pietrantoni Muniz, LLC, 250 Ponce De Leon Ave. Suite 900, San Juan, PR 00918-2031 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jan 24 2024 19:13:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jan 24 2024 19:13:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jan 24 2024 19:12:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jan 24 2024 19:12:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| cr | ^ | MEBN | Jan 24 2024 19:08:07 | TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO, DEPARTMENT OF JUSTICE, FEDERAL LITIGATION DIVISION, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| 5064912 | | Email/Text: cfigueroa@crimpr.net | Jan 24 2024 19:13:00 | CRIM, P.O. Box 195387, San Juan, PR 00919-5387 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5064911 | *+ | Cost Control Company, Inc., P.O. Box 192095, San Juan, PR 00919-2095 |
| cr | ##+ | ENCARNITA VALDES QUINLAN, 1115 Fifth Ave., New York, NY 10128-0100 |
| 5093239 | ##+ | Encarnita Valdes Quinlan, 1115 Fifth Avenue, New York, New York 10128-0100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROLINA VELAZ RIVERO | on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY cvelaz@mpmlawpr.com carolina.velaz@gmail.com;iadorno@mpmlawpr.com |
| CHARLES ALFRED CUPRILL | on behalf of Attorney Charles A. Cuprill cacuprill@cuprill.com ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com |
| ERIC PEREZ OCHOA | on behalf of Creditor ENCARNITA VALDES QUINLAN epo@amgprlaw.com docketclerk@amgprlaw.com;ycruz@amgprlaw.com |
| IGNACIO LABARCA MORALES | on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY ilabarca@mpmlawpr.com ijlabarca@ecf.courtdrive.com;iadorno@mpmlawpr.com |
| JOSE CARLOS DIAZ-VEGA | on behalf of U.S. Trustee US TRUSTEE jose.c.diaz-vega@usdoj.gov |
| LUIS C MARINI BIAGGI | on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY lmarini@mpmlawpr.com lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com |
| MIGDA L RODRIGUEZ COLLAZO | on behalf of Creditor TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO bankruptcyjusticia.gobierno.pr@gmail.com mlrcbankruptcy@gmail.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| PEDRO JIMENEZ-RODRIGUEZ | on behalf of Creditor ENCARNITA VALDES QUINLAN pjime@lawfirm-pr.com |
| Sharlene Marie Malave | on behalf of Creditor ENCARNITA VALDES QUINLAN smv@amgprlaw.com smolina@amgprlaw.com |
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |

District/off: 0104-3 User: admin Page 3 of 3
Date Rcvd: Jan 24, 2024 Form ID: pdf001 Total Noticed: 21
TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-00462-ESL11 |
| AZURE DEVELOPMENT INC | Chapter 11 |
| Debtor | FILED & ENTERED ON JAN/24/2024 |

**ORDER DISMISSING BANKRUPTCY CASE PURSUANT TO SETTLEMENT
AND RELEASE AGREEMENT UNDER FED. R. BANKR. 9019**

**WHEREAS**, Triangle Cayman Asset Company ("Triangle"), and Azure Development Inc.("Debtor") and jointly with Triangle, the "Parties") jointly filed a Joint Motion For Dismissal Of Case (the "Dismissal Motion") pursuant to the Forbearance, Discounted Payoff And Settlement And Release Agreement (the "Settlement Agreement") executed on November 21, 2023, by the Parties, Cost Control Company, Inc. ("Cost Control"), Alfonso Valdés García ("Valdés") and Fideicomiso Valdés-Acevedo ("Fideicomiso" and together with Cost Control and Valdés, the "Guarantors");

**WHEREAS**, on December 6, 2023, the Parties filed a joint motion for approval of the Settlement Agreement pursuant to Fed. R. Bankr. P. 9019 (the "9019 Motion").

**WHEREAS**, on January 3, 2024, in finding that notice of the 9019 Motion was appropriate under the particular circumstances to all interested persons and entities, including the Office of the United States Trustee; that the relief sought in the 9019 Motion was in the best interests of the Debtor's estate, its creditors, and other parties in interest, and that the legal and factual bases set forth in the 9019 Motion established just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, this Court entered an order granting the 9019 Motion (the "9019 Order");

**WHEREAS**, as part of the terms and conditions of the Settlement Agreement, the 9019 Motion and the 9019 Order, the Parties agreed that the Dismissal Motion would be jointly submitted within seven (7) business days after the entry of the 9019 Order.

**WHEREAS**, the Parties also agreed that, subject to the terms and conditions of the Settlement Agreement, the 9019 Motion and the 9019 Order, all contested matters and litigations between the Parties, in this case and in the case styled Triangle Cayman Asset Company v. Azure Development, Inc., et al, Civil Case No. NSCI2015-00410, Puerto Rico Court of First Instance ("CFI"), Fajardo Section (the "State Court Action"), would be resolved and/or voluntarily and jointly sought to be dismissed;

**IT IS FOUND AND DETERMINED THAT**[1]:

1. The Court has jurisdiction to consider the Dismissal Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

2. The relief requested in the Dismissal Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Due and proper notice of the Dismissal Motion was adequate and appropriate under the particular circumstances to all interested persons and entities, including the Office of the United States Trustee.

4. This Court finds and determines that the relief sought in the Dismissal Motion is in the best interests of Debtor's estate, its creditors, and other parties in interest, and that the legal and factual bases set forth in the Dismissal Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; any objections to the relief requested herein are nonexistent, having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor;

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See, Fed. R. Bankr. P. 7052

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

5. The recitals, determinations, conclusions, and findings set forth above are incorporated into this Dismissal Order.

6. The Dismissal Motion is GRANTED on the terms set forth herein.

7. The captioned case is hereby DISMISSED.

**IN LIGHT OF THE GRANTING OF THE DISMISSAL MOTION, IT IS FURTHER ORDERED,**

8. That Azure Development, Inc. is hereby prohibited from being a debtor under any proceeding under title 11 of the United States Code, whether voluntary or involuntary, for three (3) years (or 1,095 days) from the date of entry of this Dismissal Order.

9. The terms and conditions of this Order shall be immediately enforceable, and the Parties thereto are authorized to take all actions, and to execute all documents, necessary or appropriate to effectuate the relief granted herein.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of January, 2024.

*[Signature]*
Enrique S. Lamoutte
United States Bankruptcy Judge