United States Bankruptcy Court

District of Puerto Rico

In re:                                                                                       Case No. 23-00462-ESL

AZURE DEVELOPMENT INC                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + AZURE DEVELOPMENT INC, PO BOX 191937, SAN JUAN, PR 00919-1937

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:**

**Name**    **Email Address**

CAROLINA VELAZ RIVERO
    on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY cvelaz@mpmlawpr.com
    carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CHARLES ALFRED CUPRILL
    on behalf of Attorney Charles A. Cuprill cacuprill@cuprill.com
    ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

ERIC PEREZ OCHOA
    on behalf of Creditor ENCARNITA VALDES QUINLAN epo@amgprlaw.com
    docketclerk@amgprlaw.com;ycruz@amgprlaw.com

IGNACIO LABARCA MORALES
    on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY ilabarca@mpmlawpr.com
    ijlabarca@ecf.courtdrive.com;iadorno@mpmlawpr.com

JOSE CARLOS DIAZ-VEGA

on behalf of U.S. Trustee US TRUSTEE jose.c.diaz-vega@usdoj.gov

LUIS C MARINI BIAGGI

on behalf of Creditor TRIANGLE CAYMAN ASSET COMPANY lmarini@mpmlawpr.com
lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

MIGDA L RODRIGUEZ COLLAZO

on behalf of Creditor TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO
bankruptcyjusticia.gobierno.pr@gmail.com  mlrcbankruptcy@gmail.com

MONSITA LECAROZ ARRIBAS

ustpregion21.hr.ecf@usdoj.gov

PEDRO JIMENEZ-RODRIGUEZ

on behalf of Creditor ENCARNITA VALDES QUINLAN pjime@lawfirm-pr.com

Sharlene Marie Malave

on behalf of Creditor ENCARNITA VALDES QUINLAN smv@amgprlaw.com  smolina@amgprlaw.com

US TRUSTEE

ustpregion21.hr.ecf@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

AZURE DEVELOPMENT INC

                    Debtor

CASE NO. 23-00462-ESL11

Chapter 11

FILED & ENTERED ON FEB/02/2024

ORDER

The application for allowance of compensation filed by Charles A. Cuprill in the amount of $14,560.00 and $190.00 in expenses (Docket #168), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

In San Juan, Puerto Rico, this 2 day of February, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge