Exhibit A

**RAC TITLES SEARCH, INC.**
Metro Office Park, Metro Parque 7
Street 1, Suite 204, Guaynabo, PR 00968

Telephone: (787) 200-2913
Fax: (787) 790-1611
E-mail: ractitles@gmail.com

CLIENTE: LCDO CARLOS RAMIREZ DE ARELLANO

FINCA #4969, inscrita al folio 223 del tomo 92 de Luquillo. Registro de la Propiedad de Fajardo.

DESCRIPCIÓN: RUSTICA: Radicada en el Barrio Mata de Plátanos de Luquillo, Puerto Rico, de forma irregular, con una cabida de 12.714 cuerdas, equivalentes a 49,970.681 metros cuadrados. En lindes por el NORTE, en 14 alineaciones que totalizan 465.725 metros cuadrados, con la zona marítimo terrestre que la separa del Océano Atlántico; por el SUR, en una alineación de 9.383 metros con el Caño Embarcadero, en 4 alineaciones que totalizan 202.645 metros con terrenos de la Familia Pirallo, luego en otras 5 alineaciones que totalizan 100.090 metros con terrenos de la Familia Pirallo, luego en otras 3 alineaciones que totalizan 66.904 metros con terrenos de la Familia Pirallo, luego en una alineación de 16.460 con terrenos de la Familia Pirallo y en una alineación de 146.956 metros con Half Moon Development Corp.; por el ESTE, en dos alineaciones que totalizan 53.599 metros con la zona marítimo terrestre que la separa del Océano Atlántico y en una alineación de 16.231 metros con terrenos de la Familia Pirallo y por el OESTE, en 2 alineaciones que totalizan 30.101 metros con la desembocadura del Caño Embarcadero que la separa del Océano Atlántico, en una alineación de 28.565 metros con terrenos de la Familia Pirallo y en otra alineación de 16.705 metros con terrenos de la Familia Pirallo.

Así resulta de la mensura practicada según consta de la escritura #12, otorgada en San Juan, el 21 de noviembre de 2003, ante Hernando A. Rivera Díaz, inscrita al Sistema Karibe, finca #4969 de Luquillo, inscripción 7ma.

TRACTO REGISTRAL: Se segrega de la finca #4969, inscrita al folio 220 del tomo 92 de Luquillo.

DOMINIO: Consta inscrita a favor de **AZURE DEVELOPMENT INC.** quienes adquieren esta y otra finca por compra a Lirio María Pirallo Rivera; Luis Rafael Pirallo Pagán; María del Pilar Pirallo Pagán; Carlos David Pirallo Rivera; Ginette Marie Pirallo Pagán; Carmen Esperanza Pirallo López; María del Mar Mercedes Vicenta Pagán Vera t/c/c Ginette Pagán viuda de Pirallo; Manuel Pirallo Pagán; Michelle Marie Pirallo DiCristina; Francisco Luis Gaudier Pirallo; José Antonio Gaudier Pirallo; Carmen Isabel Gaudier Pirallo, Carlos Manuel Gaudier Pirallo; Hilda Nadal; Frank Hunter y Alfred Volpe, por el precio de $1,600,000.00, correspondiendo esta propiedad por $1,557,500.00, según consta de la escritura #12, otorgada en San Juan, el 21 de noviembre de 2003, ante el notario Hernando A. Rivera Díaz, inscrita al Sistema Karibe, finca #4969 de Luquillo inscripción 7ma.

CARGAS Y GRAVAMENES:

POR SU PROCEDENCIA: LIBRE

POR SI:

HIPOTECA en garantía de un pagaré a favor del Banco Bilbao Vizcaya Argentaria Puerto Rico, o a su orden, por $1,750,000.00, sobre ésta y otra finca, respondiendo ésta de $52,500.00, con intereses al 14% anual, y vencedero a la presentación, según consta de la escritura #132, otorgada en San Juan, el 21 de noviembre de 2003, ante Ernesto González Piñero, inscrita al Sistema Karibe finca #4969 de Luquillo, inscripción 8va.



NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TITULO ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN LE RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TITULO Y UNA CERTIFICACIÓN REGISTRAL.

**RAC TITLES SEARCH, INC.**
Metro Office Park, Metro Parque 7
Street 1, Suite 204, Guaynabo, PR 00968

Telephone: (787) 200-2913
Fax: (787) 790-1611
E-mail: ractitles@gmail.com

Pág. #2a
Finca: #4969-Luquillo

HIPOTECA en garantía de un pagaré a favor de María De la Encarnación Valdés García t/c/c Encarnita Valdés Quinlan y como Encarnita V. Quinlan, o a su orden, por $937,484.00, sobre ésta y otra finca, respondiendo ésta de $28,124.00.00, con intereses al 15% anual, y vencedero a la presentación, según consta de la escritura #3, otorgada en San Juan, el 27 de marzo de 2012, ante Néstor J. Lo Presti Reyes, inscrita al Sistema Karibe, finca #4969 de Luquillo, inscripción 9na.

AVISO DE DEMANDA: De fecha 9 de junio de 2015, en el Caso Civil #NSCI201500410, Tribunal de Primera Instancia, Sala Superior de Fajardo; seguido por Oriental Bank (demandante) versus Azure Development, Inc.; Alfonso Valdés García; Cost Control Company, Inc.; Fideicomiso Valdés-Acevedo, representado por su Fiduciario Jaime Del Valle Cruz (demandados). Se reclama el pago de la deuda garantizada con la hipoteca de la inscripción 8va., por la suma de $1,750,000.00, reducida a $1,026,969.77, Anotada al Sistema Karibe, finca #4969 de Fajardo, anotación D y última.

REVISADOS: Registro de Contribuciones, Embargos Federales, Sentencias y Bitácora en el Nuevo Sistema Electrónico, ley 12 de enero de 2010y Sistema Ágora.  POR TANTO NO SOMOS RESPONSABLES POR OMISIONES Y ERRORES DE BITACORA.

San Juan, 11 de marzo de 2025.
Ramón Chávez González (jr/ir)

*Ramon Chavez*

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN LE RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TITULO Y UNA CERTIFICACIÓN REGISTRAL.



RAC Titles Search, Inc.