**RAC TITLES SEARCH, INC.**
Metro Office Park, Metro Parque 7
Street 1, Suite 204, Guaynabo, PR 00968

Exhibit B
Telephone: (787) 200-2913
Fax: (787) 790-1611
E-mail: ractitles@gmail.com

CLIENTE: LCDO CARLOS RAMIREZ DE ARELLANO

FINCA #5722, inscrita al folio 159 del tomo 106 de Luquillo. Registro de la Propiedad de Fajardo.

DESCRIPCIÓN: RUSTICA: Radicada en el Barrio Mata de Plátanos de Luquillo, Puerto Rico, de forma irregular, con una cabida de 5.782 cuerdas, equivalentes a 22.726.697 metros cuadrados; en lindes por el NORTE, en 4 alineaciones que totalizan 202.645 metros con terrenos de la Familia Pirallo, luego en 5 alineaciones que totalizan 100.090 metros con terrenos de la Familia Pirallo, luego en 3 alineaciones que totalizan 66.904 metros con terrenos de la Familia Pirallo, luego en 4 alineaciones que totalizan 65.536 metros con la parcela C dedicada a uso público y en una alineación de 9.866 metros con la extensión de la calle D existente; por el SUR, en 5 alineaciones que totalizan 291.047 metros con la Sucesión Biascoechea y en 6 alineaciones que totalizan 224.573 metros con el Caño Embarcadero; por el ESTE, en una alineación de 69.927 metros con la extensión de la calle D existente, en otra alineación de 16.705 metros con terrenos de la Familia Pirallo y otra alineación de 28.565 metros con terrenos de la Familia Pirallo y por el OESTE, en una alineación de 16.231 metros con terrenos de la Familia Pirallo y otra alineación de 9.910 metros con el Caño Embarcadero que la separa del Océano Atlántico.

Este es el Remanente de esta finca, luego de deducida una segregación de 938.827 metros cuadrados, efectuada a la misma. Según escritura #8, otorgada en San Juan, el 12 de noviembre de 2003, ante Hernando A. Rivera Díaz, inscrita al tomo Karibe de la Sección de Fajardo, finca #5722 de Luquillo, inscripción 5ta.

TRACTO REGISTRAL: Se segrega de la finca #4969, inscrita al folio 220 del tomo 92 de Luquillo.

DOMINIO: Consta inscrita a favor de **AZURE DEVELOPMENT INC.** quienes adquieren esta y otra finca por compra a Lirio María Pirallo Rivera; Luis Rafael Pirallo Pagán; María del Pilar Pirallo Pagán; Carlos David Pirallo Rivera; Ginette Marie Pirallo Pagán; Carmen Esperanza Pirallo López; María del Mar Mercedes Vicenta Pagán Vera t/c/c Ginette Pagán viuda de Pirallo; Manuel Pirallo Pagán; Michelle Marie Pirallo DiCristina; Francisco Luis Gaudier Pirallo; José Antonio Gaudier Pirallo; Carmen Isabel Gaudier Pirallo, Carlos Manuel Gaudier Pirallo; Hilda Nadal; Frank Hunter y Alfred Volpe, por el precio de $1,600,000.00, correspondiendo a esta propiedad por $42,500.00, según consta de la escritura #12, otorgada en San Juan, el 21 de noviembre de 2003, ante el notario Hernando A. Rivera Díaz, inscrita al Sistema Karibe, finca #5722 de Luquillo inscripción 7ma.

CARGAS Y GRAVAMENES:

POR SU PROCEDENCIA: LIBRE

POR SI:

HIPOTECA en garantía de un pagaré a favor del Banco Bilbao Vizcaya Argentaria Puerto Rico, o a su orden, por $1,750,000.00, sobre ésta y otra finca, respondiendo ésta de $52,500.00, con intereses al 14% anual, y vencedero a la presentación, según consta de la escritura #132, otorgada en San Juan, el 21 de noviembre de 2003, ante Ernesto González Piñero, inscrita al Sistema Karibe finca #5722 de Luquillo, inscripción 8va.

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACION DE INFORMACION Y/O EN LA REDACCIÓN DE ESTUDIOS DE TITULO ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN LE RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TITULO Y UNA CERTIFICACIÓN REGISTRAL.


RAC Titles Search, Inc.

**RAC TITLES SEARCH, INC.**
Metro Office Park, Metro Parque 7
Street 1, Suite 204, Guaynabo, PR 00968

Telephone: (787) 200-2913
Fax: (787) 790-1611
E-mail: ractitles@gmail.com

Pág. #2a
Finca: #5722-Luquillo

HIPOTECA en garantía de un pagaré a favor de María De la Encarnación Valdés García t/c/c Encarnita Valdés Quinlan y como Encarnita V. Quinlan, o a su orden, por $937,484.00, sobre ésta y otra finca, respondiendo ésta por $28,124.00.00, con intereses al 15% anual, y vencedero a la presentación, según consta de la escritura #3, otorgada en San Juan, el 27 de marzo de 2012, ante Néstor J. Lo Presti Reyes, inscrita al Sistema Karibe, finca #5722 de Luquillo, inscripción 9na.

AVISO DE DEMANDA: de fecha 9 de junio de 2015, en el Caso Civil #NSCI201500410, Tribunal de Primera Instancia, Sala Superior de Fajardo; seguido por Oriental Bank (demandante) versus Azure Development, Inc.; Alfonso Valdés García; Cost Control Company, Inc.; Fideicomiso Valdés-Acevedo, representado por su Fiduciario Jaime Del Valle Cruz (demandados). Se reclama el pago de la deuda garantizada con la hipoteca de la inscripción 8va., por la suma de $1,750,000.00, reducida a $1,026,969.77, Anotada al Sistema Karibe, finca #5722 de Fajardo, anotación D y última, con fecha de 24 de agosto de 2021.

REVISADOS: Registro de Contribuciones, Embargos Federales, Sentencias y Bitácora en el Nuevo Sistema Electrónico, ley 12 de enero de 2010y Sistema Ágora. POR TANTO NO SOMOS RESPONSABLES POR OMISIONES Y ERRORES DE BITACORA.

San Juan, 11 de marzo de 2025.
Ramón Chávez González (jr/ir)




RAC Titles Search, Inc.