

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

Número de Préstamo:

**ESTADO DE CUENTA**
**Statement Of Account**

Número de Certificación

WX2025036496440
SCB

| Número de Propiedad/Property Number: | Nombre del Dueño/This Property is under the name of: |
|---|---|
| 092-000-003-03-998 | AZUNE DEVELOPMENT INC |

| Localización de la Propiedad/Property Located at: | Dirección Postal/Postal Address: |
|---|---|
| BO MATA DE PLATANO, LUQUILLO, PR, Puerto Rico 00773 | PO BOX 192095<br>SAN JUAN PR 00919 |

| Municipio/Municipality: | Fecha de Interés/ Interest Date: |
|---|---|
| 23 - Luquillo | 10/mar/2025 |

| Tipo Notif Bill Type | Fecha de Notif Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Adición Addition | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2025-I | 01/ene/2025 | 1,416.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,416.76 |
| **Grand Total** | | $1,416.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,416.76 |

La deuda con [@] no está vencida, [B] quiebra/backruptcy, [P] plan de pago/payment plan, [D] deuda en disputa/dispute, [J] deficiencia en peligro/jeopardy.

| Fecha Emitida / Issued Date | Fecha Expiración / Expires Date | Uso Interno | Certificación Electrónica |
|---|---|---|---|
| 10-Mar-2025 | 10-Jun-2025 | | |

Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM.
Es válida para gestiones de cobro. Esta certificación no incluye deudas por mejoras que estuvieran sin tasar.

Si mediante investigación realizada posteriormente, se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota Aclaratoria: El cómputo de los interes se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily.
This certification will be valid for 3 months from the date of issue.



WX2025036496440

6440



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES**

Número de Préstamo:

## ESTADO DE CUENTA
### Statement Of Account

Número de Certificación

WX2025036496474
SCB

| Número de Propiedad/Property Number: | Nombre del Dueño/This Property is under the name of: |
|---|---|
| 092-055-006-18-000 | LUQUILLO BEACH DEV |
| Localización de la Propiedad/Property Located at: | Dirección Postal/Postal Address: |
| BO MATA DE PLATANO . LUQUILLO | PO BOX 192095 <br> SAN JUAN PR 00919 |
| Municipio/Municipality: | Fecha de Interés/ Interest Date: |
| 23 - Luquillo | 10/mar/2025 |

| Tipo Notif Bill Type | Fecha de Notif Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Adición Addition | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2025-1 | 01/ene/2025 | 51.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.31 |
| **Grand Total** | | $51.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.31 |

La deuda con [@] no está vencida, [B] quiebra/backruptcy, [P] plan de pago/payment plan, [D] deuda en disputa/dispute, [J] deficiencia en peligro/jeopardy.

| Fecha Emitida / Issued Date | Fecha Expiración / Expires Date | Uso Interno | Certificación Electrónica |
|---|---|---|---|
| 10-Mar-2025 | 10-Jun-2025 | | |

Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM.
Es válida para gestiones de cobro. Esta certificación no incluye deudas por mejoras que estuvieran sin tasar.

Si mediante investigación realizada posteriormente, se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota Aclaratoria: El cómputo de los interes se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily.
This certification will be valid for 3 months from the date of issue.



WX2025036496474

6474

# GOBIERNO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble

Notification and Demand for Payment of Real Property Tax

**1**

| REGULAR 2024-2025 | | | FECHAS / DATES | | |
|---|---|---|---|---|---|
| | | | FECHA DE NOTIFICACION NOTIFICATION DATE 01/07/2024 | FECHA DE VENCIMIENTO DUE DATE 30/09/2024 | |
| NUMERO DE CATASTRO / PIN NUMBER 092-000-003-03-998 | | AÑO FISCAL / BILL YEAR 2024-2025 01 | TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY | |
| | | MUNICIPIO / MUNICIPALITY 23 LUQUILLO | TIERRAS / LAND 30,370 | EXONERACION / EXONERATION 0 | |
| SEGURO SOCIAL / SOCIAL SECUR XXX-XX-2309 | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER | ESTRUCTURAS / STRUCTURES 0 | VALOR NETO TRIBUTABLE NET TAXABLE VALUE 30,370 | |
| TIPO / RATE 9.330 | | DIST. ESPECIAL / SPECIAL DISTRICT | MAQUINARIA / MACHINERY 0 | CONTRIBUCIÓN / TAX AMOUNT 1er SEMESTRE 1,416.76 | |
| USO / USE 1000 | | CABIDA / LAND SIZE 13.95C | VALOR TOTAL / TOTAL VALUE 30,370 | CONTRIBUCIÓN / TAX AMOUNT 2do SEMESTRE 1,416.76 | |
| NOMBRE / NAME: AZUNE DEVELOPMENT INC | | | EXENCION / EXEMPTION 0 | CONT. ANUAL/ANNUAL TAX 2,833.52 | |
| LOCALIZACION / LOCATION: BO MATA DE PLATANO LUQUILLO, PR 00773 | | | VALOR TRIBUTABLE / TAXABLE VALUE 30,370 | * SEE IMPORTANT INFORMATION ON THE BACK * VEA INFORMACION AL DORSO | |

Haga su pago al CRIM dentro de los 60 días a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 dias despúes de la fecha de vencimiento se computarán intereses y después de 120 dias de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

| CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE | |
|---|---|
| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
| HASTA / BY 31/07/2024 | 1,275.08 |
| HASTA / BY 31/08/2024 | 1,345.92 |
| HASTA / BY 30/09/2024 | 1,416.76 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE CURRENT TAX AND SURCHARGE OUTSTANDING | | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES PRIOR YEARS TAX AND SURCHARGE OUTSTANDING | |
|---|---|---|---|
| 0 | EXCLUYE INTERESES EXCLUDING INTEREST | 0 | EXCLUYE INTERESES EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL C R I M
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO C R I M

DEVUELVA ESTA PORCION CON SU PAGO
RETURN COUPON WITH YOUR PAYMENT

INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO
INCLUDE PIN NUMBER ON YOUR CHECK

**CUPON DE PAGO**

| NUMERO DE CATASTRO / PIN NUMBER | 092-000-003-03-998 |
|---|---|
| REGULAR 2024-2025 | |
| MUNICIPIO / MUNICIPALITY | 23 LUQUILLO |

REC

| FECHA VENCIMIENTO DUE DATE 01/07/2024 | AÑO FISCAL BILL YEAR 2024-2025 01 | |
|---|---|---|
| FECHA / DATE | IMPORTE ADEUDADA AMOUNT DUE | IMPORTE PAGADO AMOUNT PAID |
| HASTA / BY 31/07/2024 | 1,275.08 | |
| HASTA / BY 31/08/2024 | 1,345.92 | |
| HASTA / BY 30/09/2024 | 1,416.76 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

AZUNE DEVELOPMENT INC
PO BOX 192095
SAN JUAN PR 00919-2095

A T92 23699 G11

**1**

`20250181  021502118  0920000030399821 1`

GOBIERNO DE PUERTO RICO

## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble

Notification and Demand for Payment of Real Property Tax

GULAR
4-2025

| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR |
|---|---|
| 092-055-006-18-000 | 2024-2025 01 |
| | MUNICIPIO / MUNICIPALITY |
| | 23 LUQUILLO |

| RO SOCIAL / SOCIAL SECUR | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER |
|---|---|---|
| XXX-XX-8079 | | |

| TIPO / RATE | DIST. ESPECIAL / SPECIAL DISTRICT |
|---|---|
| 9.330 | |

| USO / USE | CABIDA / LAND SIZE |
|---|---|
| 1000 | 11.00C |

BRE: LUQUILLO BEACH DEV
AME:

ALIZACION: BO MATA DE PLATANO
LOCATION LUQUILLO, PR 00000

### FECHAS / DATES

| FECHA DE NOTIFICACION NOTIFICATION DATE | FECHA DE VENCIMIENTO DUE DATE |
|---|---|
| 01/07/2024 | 30/09/2024 |

| TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY |
|---|---|
| TIERRAS / LAND | EXONERACION / EXONERATION |
| 1,100 | 0 |
| ESTRUCTURAS / STRUCTURES | VALOR NETO TRIBUTABLE NET TAXABLE VALUE |
| 0 | 1,100 |
| MAQUINARIA / MACHINERY | CONTRIBUCIÓN / TAX AMOUNT 1er SEMESTRE |
| 0 | 51.32 |
| VALOR TOTAL / TOTAL VALUE | CONTRIBUCIÓN / TAX AMOUNT 2do SEMESTRE |
| 1,100 | 51.31 |
| EXENCION / EXEMPTION | CONT. ANUAL/ANNUAL TAX |
| 0 | 102.63 |
| VALOR TRIBUTABLE / TAXABLE VALUE | * SEE IMPORTANT INFORMATION ON THE BACK |
| 1,100 | * VEA INFORMACION AL DORSO |

### CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE

| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
|---|---|
| HASTA / BY 31/07/2024 | 46.18 |
| HASTA / BY 31/08/2024 | 48.75 |
| HASTA / BY 30/09/2024 | 51.32 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE CURRENT TAX AND SURCHARGE OUTSTANDING | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES PRIOR YEARS TAX AND SURCHARGE OUTSTANDING |
|---|---|
| 0  EXCLUYE INTERESES EXCLUDING INTEREST | 0  EXCLUYE INTERESES EXCLUDING INTEREST |

su pago al CRIM dentro de los 60 días a partir de la fecha de
iento para acogerse a los beneficios de descuento por ley.
en el sobre predirigido el talonario de la notificación con su
ebidamente identificado.

r de 91 dias despúes de la fecha de vencimiento se computarán
es y despúes de 120 dias de la fecha de vencimiento se
tarán recargos. Contribución de años anteriores no aparece en
ctura.

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.



Exhibit F

Barchetta Llc
Po Box 191937
San Juan, PR 00919-1937

3/21/25

464
101-201/215

Fecha / Date

Páguese a la orden de / Pay to the order of   CRIM   $ 1468.07

Mil cuatrocientos sesenta y ocho 07/100   Dólares / Dollars


POPULAR.
BANCO POPULAR DE PUERTO RICO
Condado Gallery
San Juan, Puerto Rico

Para / For

⑆021502011⑆ 203⑈550709⑈ 0464

Harland Clarke