IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE : | CASE NO. 23-00462 ESL |
| AZURE DEVELOPMENT, INC. | CHAPTER 11 |
| Debtor | FILED AND ENTERED: APRIL 2, 2025 |

ORDER

This case is before the court upon the *Urgent Motion for Reopening of Case* (the "*Motion to Reopen Case*", dkt. #177) and the *Urgent Motion for Sale of Properties Pursuant to Section 363(f) of the Bankruptcy Code, Free and Clear of All Liens, Claims, Interests and Encumbrances to Implement Settlement and Release Agreement []* (the "*Motion to Sell Assets*", dkt. #179) filed by Azure Development, Inc. ("Azure") on March 27, 2025. Also before this court are the *(I) Opposition to Urgent Motions to Reopen Case and to Sell Assets; and (II) Reservation of Rights []* (the "*Opposition*", dkt. #181) filed by secured creditor Yukiyú Real Estate LLC, and Azure's reply thereto (dkt. #182).

The *Motion to Reopen Case* and the *Motion to Sell Assets* are denied for the reasons stated in the *Opposition*, which this court adopts, without prejudice to Azure selling the properties identified therein pursuant to non-bankruptcy law.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of April 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge

-1-